IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4, RAMONA D. ELLIOTT, Acting Director of the Executive Office of United States Trustees, and UNITED STATES TRUSTEE PROGRAM,<br><br>　　　　　Appellants<br><br>v.<br><br>ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust,<br><br>　　　　　Appellee. | Case no. 3:23-cv-0001-MHL |

**CONSENT ORDER TO CORRECT CAPTION**

Upon the *Motion of Appellants to Correct Caption to Reflect Substitution of Public Officer as Party (FRCP 25)*, and good cause appearing, it is hereby ORDERED as follows:

　　　1.　　Tara Twomey, Director of the Executive Office for United States Trustees, is hereby substituted as appellants in place and instead of Ramona D. Elliott pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025.

2. The caption and docket of case number 3:23-cv-0001-MHL shall hereafter appear as:

.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4, TARA TWOMEY, Director of the Executive Office of United States Trustees, and UNITED STATES TRUSTEE PROGRAM,<br><br>Appellants<br><br>v.<br><br>ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust,<br><br>Appellee. | Case no. 3:23-cv-0001-MHL |

Entered  3-24-2023

/s/ M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Court Judge
Eastern District of Virginia

**WE ASK FOR THIS**:

JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4,
TARA TWOMEY, Director of the Executive Office of the United States Trustees,
and
UNITED STATES TRUSTEE PROGRAM

By: /s/ *Kathryn R. Montgomery*

JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4
KATHRYN R. MONTGOMERY (VSB No. 42380)
Assistant United States Trustee
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310
Fax: (804) 771-2330
Kathryn.Montgomery@usdoj.gov


RAMONA D. ELLIOTT
Deputy Director/General Counsel
P. MATTHEW SUTKO
Associate General Counsel
BETH A. LEVENE
Trial Attorney
Department of Justice
Executive Office for
United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC  20530
(202) 307-1399
Fax: (202) 307-2397


**SEEN AND AGREED**:

ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust

By: /s/ Lynn L. Tavenner, with permission by email dated 3/23/2023

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)

20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

-and-

Robert Feinstein, Esquire
Jeff Pomerantz, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION

    I hereby certify that this Order has been either served on or endorsed by all necessary parties.

                                            /s/ Kathryn R. Montgomery
                                              Kathryn R. Montgomery